## No. 5784.

### J. RODRIGUEZ vs. D. LOPEZ.

When the testimony is conflicting this court will not disturb the judgment of the judge *a quo*, who had the witnesses before him, and was doubtless controlled in adopting his conclusion by the weight of the presumption in favor of a holder of a promissory note as to ownership and consideration.

APPEAL from the Fifth District Court, parish of Orleans. *Cullom, J. J. J. Planchard*, for plaintiff and appellee. *J. L. Tissot*, for defendant and appellant.

Rodriguez vs. Lopez.

HOWELL, J.   This is a suit by the payee against the maker of a promissory note, the defense to which is want of consideration.

The testimony is conflicting, and we are not disposed to reverse the decision of the judge *a quo*, who had the witnesses before him and was doubtless controlled in adopting his conclusion by the weight of the presumption in favor of a holder of a promissory note as to ownership and consideration.

Judgment affirmed.